**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X
**ELISSA BECKER,**                                          :

                       **Plaintiff,**          :          07 CIV 4022 (RMB)

          -against-                                    :

**EBER BROS. WINE & LIQUOR**                          :
 **CORPORATION,**
                                          :
                       **Defendant.**
-------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on May 30, 2007, I caused a copy of **PLAINTIFFS' SUMMONS AND COMPLAINT** to be served on Defendant listed below by sending the same via e-mail by prior arrangement with Paul Yesawich, Esq. attorney for Defendant Eber Bros. Wine & Liquor Corporation.

               HARRIS, BEACH PLLC
               99 Garnsey Rd.
               Pittford, NY 14534
               Attorneys for Defendant
                Eber Bros. Wine & Liquor Corporation
               e-mail: PYesawich@HarrisBeach.com

Dated May 30, 2007

                                            By:_____
                                              Jonathan Pollack