UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISSA BECKER,

                Plaintiff,

-vs-

EBER BROS. WINE & LIQUOR CORPORATION,

                Defendant.

FRCP RULE 7.1
DISCLOSURE STATEMENT

07 CIV 4022 (RMB)

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Rule 1.9 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York) and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant EBER BROS. WINE & LIQUOR CORPORATION, a non-governmental entity, certifies as follows:

     1.    Eber Bros. & Co., Inc. owns substantially all of the assets of Eber Bros. Wine and Liquor Corporation.

     2.    No publicly-held company owns 10% or more of Eber Bros. & Co., Inc.'s stock.

     3.    Neither Eber Bros. & Co., Inc. nor Eber Bros. Wine and Liquor Corporation are publicly-held companies.

Dated: June 19, 2007

HARRIS BEACH
ATTORNEYS AT LAW

               HARRIS BEACH PLLC

           By: <u>/S/   Gregory J. McDonald</u>
             Paul J. Yesawich, III (PY 0343)
             Gregory J. McDonald (GM 1518)
             *Attorneys for the Defendant*
             99 Garnsey Road
             Pittsford, New York  14534
             Tel:  (585) 419-8800


TO: LAW OFFICES OF JONATHAN S. POLLACK
    Jonathan S. Pollack (JP 9043)
    Attorney for Plaintiff
    274 Madison Avenue, 19th Floor
    New York, New York 10016

## CERTIFICATE OF SERVICE

### 07 CIV 4022 (RMB)

I hereby certify that on June 19, 2007, I caused to be electronically filed the foregoing FRCP RULE 7.1 DISCLOSURE STATEMENT with the Clerk of the District Court, Southern District of New York using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. LAW OFFICES OF JONATHAN S. POLLACK
   Jonathan S. Pollack (JP 9043)
   Attorney for Plaintiff
   274 Madison Avenue, 19th Floor
   New York, New York 10016

And I hereby certify that I have sent by regular mail the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

1. N/A

/S/  Gregory J. McDonald
GREGORY J. McDONALD (GM 1518)

229053 866009.1