UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISSA BECKER,

                Plaintiff,

-vs-

EBER BROS. WINE & LIQUOR CORPORATION,

                Defendant.

**NOTICE OF APPEARANCE**

07 CIV 4022 (RMB)

TO:    Clerk
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007-1312

Please enter the appearance of the undersigned as counsel on behalf of Paul J. Yesawich, III in the above-captioned matter.

Dated: June 20, 2007

**HARRIS BEACH PLLC**

By: _/s/ Paul Yesawich III_
Paul J. Yesawich, III (PY 0343)
*Counsel for Eber Bros. Wine and Liquor Corporation*
99 Garnsey Road
Pittsford, New York 14534
Telephone:    (585) 419-8800
Facsimile:    (585) 419-8813

HARRIS BEACH
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Jonathan S. Pollack (JP 9043)

2. Gregory J. McDonald (GM 1518)

                                                              *[signature]*
                                                              Paul J. Yesawich, III (PY 0343)

229053 866122.1