UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELISSA BECKER

              Plaintiff(s),                    **Case Management Plan**

       - v -                                         07 CV. 4022 (RMB)

EBER BROS. WINE & LIQUOR CORP.

              Defendant(s).
------------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by ~~Plaintiff~~ AUG. 13, 2007

(ii) Amend the pleadings by ~~Plaintiff w/in 30 days~~ AUG. 13, 2007

(iii) All discovery to be **expeditiously** completed by 10/15/07 (fact + expert)

(iv) Consent to Proceed before Magistrate Judge Not at this time

(v) Status of settlement discussions demand has been made 10/15/07 @ 10:00 A.M. with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial ~~Settlement/~~

(xi) Other STATUS CONF. 10/15/07 AT 10:00 A.M. with principals

SO ORDERED: New York, New York
                    7/13/07

                                                            /s/ RMB
                                                            Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07