**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**ELISSA BECKER,**                                                                    :

                              **Plaintiff,**    :        07 CIV 4022 (RMB)

               -against-                                 :

**EBER BROS. WINE & LIQUOR**                                                          :
 **CORPORATION** and **EBER-NDC, LLC.**
                                                          :

                              **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CERTIFICATE OF SERVICE

     I hereby certify that on July 20, 2007 I caused a copy of **PLAINTIFF S' SUMMONS AND FIRST AMENDED COMPLAINT** to be served on Defendants listed below by sending the same via e-mail by prior arrangement with Paul Yesawich, Esq. attorney for Defendants Eber Bros. Wine & Liquor Corporation and Eber-NDC, LLC.

                HARRIS, BEACH  PLLC
                99 Garnsey Rd.
                Pittford, NY 14534
                Attorneys for Defendant
                  Eber Bros. Wine & Liquor Corporation
                  and Eber-NDC, LLC
                e-mail: PYesawich@HarrisBeach.com

Dated July 20, 2007

                                                     By:_____
                                                        Jonathan Pollack