**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**ELISSA BECKER,**                                                :

                  **Plaintiff,**     :       07 CIV 4022 (RMB)

            -against-                                   :

**EBER BROS. WINE & LIQUOR**                    :
 **CORPORATION** and **EBER-NDC, LLC.**
                                              :
                  **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF SERVICE

     I hereby certify that on September 14, 2007 I caused a copy of **PLAINTIFF S' FIRST REQUEST FOR DOCUMENTS AND THINGS** to be served on Defendants listed below by sending the same via e-mail by prior arrangement with Melanie Sarkis, Esq. attorney for Defendants Eber Bros. Wine & Liquor Corporation and Eber-NDC, LLC.

                HARRIS, BEACH PLLC
                99 Garnsey Rd.
                Pittford, NY 14534
                Attorneys for Defendant
                Eber Bros. Wine & Liquor Corporation
                and Eber-NDC, LLC
                e-mail: msarkis@HarrisBeach.com

Dated: September 14, 2007

                                                           By:___/Jonathan Pollack/____
                                                                Jonathan Pollack