**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
**ELISSA BECKER,**                                          :

                          **Plaintiff,**       :         07 CIV 4022 (RMB)

              -against-                                :

**EBER BROS. WINE & LIQUOR**                 :
 **CORPORATION** and **EBER-NDC, LLC.**
                                                                    :
                          **Defendants.**
------------------------------------X

CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2007 I caused a copy of **PLAINTIFF S' FIRST SET OF INTERROGATORIES** to be served on Defendants listed below by sending the same via e-mail by prior arrangement with Melanie Sarkis, Esq. attorney for Defendants Eber Bros. Wine & Liquor Corporation and Eber-NDC, LLC.

        HARRIS, BEACH  PLLC
        99 Garnsey Rd.
        Pittford, NY 14534
        Attorneys for Defendant
        Eber Bros. Wine & Liquor Corporation
        and Eber-NDC, LLC
        e-mail: msarkis@HarrisBeach.com

Dated: September 14, 2007

                                          By:   /Jonathan Pollack/
                                              Jonathan Pollack