**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**ELISSA BECKER,**                                                  :

                         **Plaintiff,**         :         07 CIV 4022 (RMB)

               -against-                                                :

**EBER BROS. WINE & LIQUOR**                                        :
 **CORPORATION** and **EBER-NDC, LLC.**

                                         :

                        **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


CERTIFICATE OF SERVICE

     I hereby certify that on September 14, 2007 I caused a copy of **PLAINTIFF S' FIRST REQUEST FOR ADMISSIONS** to be served on Defendant listed below by sending the same via e-mail by prior arrangement with Melanie Sarkis, Esq. attorney for Defendant Eber Bros. Wine & Liquor Corporation.

                HARRIS, BEACH PLLC
                99 Garnsey Rd.
                Pittford, NY 14534
                Attorneys for Defendant
                Eber Bros. Wine & Liquor Corporation
                and Eber-NDC, LLC
                e-mail: msarkis@HarrisBeach.com


Dated: September 14, 2007


                                           By:   /Jonathan Pollack/
                                                 Jonathan Pollack