**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**ELISSA BECKER,**                                          :

                      **Plaintiff,**    :    07 CIV 4022 (RMB)

          -against-                           :

                                      **NOTICE OF DEPOSITION**

**EBER BROS. WINE & LIQUOR**                               :
 **CORPORATION** and **EBER-NDC, LLC.**
                                    :

                    **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff will take the deposition upon oral examination of James Tarrant, former President of Eber Bros. Wine & Liquor Corporation, on Monday, September 28, 2007, commencing at 10:00 a.m. before a notary public or some other person duly authorized to administer oaths, with a stenographic transcript taken of such examination and continuing from day to day until completed at the Law Offices of Jonathan S. Pollack, 274 Madison Avenue 19th Floor, New York, NY 10016.

Dated: New York, NY
       September 20, 2007

                                              Jonathan S. Pollack
                                              Attorney at Law


                              By:____/Jonathan Pollack/___
                                   Jonathan Pollack (JP-9043)
                                   274 Madison Avenue
                                   19th Floor
                                   New York, NY 10016
                                   (212) 889-0761
                                   Attorney for Plaintiff
                                   Elissa Becker

To:    Mr. James Tarrant
       8 Beechwood Drive
       Succasunna, NJ  07876

       Melanie Sarkis, Esq.
       HARRIS, BEACH  PLLC
       99 Garnsey Rd.
       Pittford, NY 14534
       Attorneys for Defendants
       Eber Bros. Wine & Liquor Corporation
       and Eber-NDC, LLC
       e-mail: msarkis@HarrisBeach.com