UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ELISSA BECKER,                                          :

                    **Plaintiff,**     :          07 CIV 4022 (RMB)

                -against-           :

**EBER BROS. WINE & LIQUOR**                            :
 **CORPORATION** and **EBER-NDC, LLC.**
                              :

                    **Defendants.**
-----------------------------------X

CERTIFICATE OF SERVICE

     I hereby certify that on September 20, 2007 I caused a copy of Plaintiff s' **NOTICE OF DEPOSTION** to be served on James Tarrant by sending the same via US Mail at the address listed below; and a copy to Melanie Sarkis, Esq. attorney for Defendants Eber Bros. Wine & Liquor Corporation and Eber-NDC, LLC via e-mail by prior arrangement:

        Mr. James Tarrant
        8 Beechwood Drive
        Succasunna, NJ   07876


        HARRIS, BEACH  PLLC
        99 Garnsey Rd.
        Pittford, NY 14534
        Attorneys for Defendant
        Eber Bros. Wine & Liquor Corporation
        and Eber-NDC, LLC
        e-mail: msarkis@HarrisBeach.com


Dated: September 20, 2007


                                          By:__/Jonathan Pollack/____
                                              Jonathan Pollack