UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELISSA BECKER,                              :

               Plaintiff,                   :       07 Civ. 4022 (RMB) (AJP)

            -against-                       :       ORDER SCHEDULING
                                            STATUS CONFERENCE

EBER BROS. WINE & LIQUOR CORPORATION        :
& EBER-NDB, LLC,
                                                :

              Defendants.
                                                :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a telephone status conference is scheduled for Tuesday, October 2, 2007 at 2:30 p.m. Counsel are to call my chambers (212-805-0036) on one line at the scheduled time.

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        SO ORDERED.

Dated:       New York, New York
               October 1, 2007

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by fax & ECF** to:   Jonathan S. Pollack, Esq.
                                     Melanie Sarkis, Esq.
                                     Judge Richard M. Berman