```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/07
```

**MEMO ENDORSED**



150 YEARS OF LOOKING AHEAD
**HARRIS BEACH**
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

MELANIE L. SARKIS
DIRECT: (585) 419-8710
FAX: (585) 419-8811
MSARKIS@HARRISBEACH.COM

October 12, 2007

**VIA FACSIMILE**
(212) 805-7933

Magistrate Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
Room 1370
New York, New York 10007-1312

```
RECEIVED
OCT 12 2007
CHAMBERS OF
ANDREW J. PECK
```

Re:   Becker v. Eber Bros. Wine & Liquor Corp., et al.
      07 CIV 4022 (RMB)

Dear Judge Peck:

We represent defendants Eber Bros. Wine & Liquor Corp. and Eber-NDC, LLC (collectively "Eber") in this matter. The Court's scheduling order requires all discovery to be completed by Monday, October 15, 2007. To date, both plaintiff and current and former representatives of Eber have been deposed.

Defendants attempted to personally serve a non-party witness subpoena upon plaintiff's current employer, Royal Wine Corp. ("Royal Wine") on October 3, 2007 to appear for a deposition scheduled for October 15, 2007. Unfortunately, Royal Wine was closed from at least October 3, 2007 through October 9, 2007 for the Jewish Holidays. It is my understanding that the process server left a copy of the subpoena at the premises of Royal Wine. On October 9, 2007, Royal Wine was personally served with the subpoena. A few moments ago I received a call from Royal Wine's counsel indicating that both he and a representative from Royal Wine are unavailable to appear at the deposition on October 15, 2007, but would be available and willing to attend a deposition within the next two weeks.

Based on the foregoing, it is respectfully requested this Court allow defendants to conduct the deposition of a Royal Wine representative by October 26, 2007. This accommodation will not impact the dispositive motion schedule set by the Court. Moreover, we believe it will inform the parties' respective views on potentially resolving this matter. Mr. Pollack has advised that he will not consent to our request.

October 12, 2007
Page 2



**HARRIS BEACH**
ATTORNEYS AT LAW
150 YEARS OF LOOKING AHEAD

    We are available to conference this matter telephonically at the Court's convenience. We appreciate the Court's consideration of this request.

Respectfully,

Melanie L. Sarkis

MLS:mmd

cc: Jonathan S. Pollack, Esq. (by telefax – 212-889-0279)
    Franklyn H. Snitow, Esq., Counsel for Royal Wine, Corp. (by telefax – 212-317-1308)

**MEMO ENDORSED** 10/15/07

[Handwritten note, partially illegible:] Discovery extended to 10/24 solely for depositions of Royal Wine deponents. As ct has advised, tranpt expedited so it will be available for 10/26 settlement conf & joint pretrial order submission. All other deadlines unaffected.

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

**BY FAX**

October 12, 2007
Page 3



bc:    Paul J. Yesawich, III, Esq.
       Patrick J. Dalton, Esq.
       Gregory J. McDonald, Esq.
       Mr. Lester Eber

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  October 15, 2007                                Total Number of Pages:  4

| TO | FAX NUMBER |
|---|---|
| Melanie Sarkis, Esq. | 585-419-8813 |
| Gregory J. McDonald, Esq. | 585-419-8813 |
| Jonathan S. Pollack, Esq. | 212-889-0279 |

# TRANSCRIPTION:

**MEMO ENDORSED 10/15/07**

Discovery extended to <u>10/24</u> solely for the Royal Wine deposition.  Defendants are to order that transcript expedited so it will be available for 10/26 settlement conf. with Judge Berman and any SJ motion.  All other deadlines remain unchanged.


Copy to:   Judge Richard M. Berman