

**MEMO ENDORSED**

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

GREGORY J. MCDONALD

DIRECT: (585) 419-8726
FAX: (585) 419-8812
GMCDONALD@HARRISBEACH.COM

October 23, 2007

> SETTLEMENT CONF. IS ADJOURNED UNTIL 9:00 A.M. 11/9/07 WITH PRINCIPALS. THE PARTIES ARE EXPECTED TO ENGAGE IN GOOD FAITH SETTLEMENT DISCUSSIONS PRIOR TO THAT DATE.
>
> SO ORDERED:
> Date: 10/25/07
> Richard M. Berman, U.S.D.J.

**VIA FEDERAL EXPRESS**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
Room 615
New York, New York 10007

Re: Becker v. Eber et al.
Civil Action No. 07-cv-4022

Dear Judge Berman:

We represent defendants in the above matter. A settlement conference is scheduled for October 26, 2007 at 9:00 a.m. before Your Honor. We write to respectfully request a one or two week adjournment of the settlement conference due to business commitments that defendants' principal (Lester Eber) has on the 26th. Specifically, in connection with an industry conference in New York City, he has meetings with certain suppliers relative to continued operations of affiliated entities. We apologize for the timing of the request, but we were just advised of these commitments today.

Thank you for your consideration of this request.

Respectfully,

Gregory J. McDonald

GJM:dac
pc: Jonathan S. Pollack, Esq. (via Federal Express)
Paul J. Yesawich, III, Esq.
Melanie L. Sarkis, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007