UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELISSA BECKER,

                Plaintiff,    :  07 Civ. 4022 (RMB)

      -against-    :  **ORDER OF DISCONTINUANCE**

EBER BROTHERS WINE & LIQUOR CORP.,
et al.

                Defendants.
------------------------------------------------------------X

      Based upon the parties having reached a settlement on the record on November 19, 2007, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued. The parties are to submit executed settlement documents forthwith and in accordance with the terms set forth at today's conference.

**SO ORDERED.**

Dated: New York, New York
       November 19, 2007

                                             /RMB/
                                        Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2007